# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | |
|---|---|
| **STACEY WELLINGTON, et al.,** | **CASE NO.** 1:19-CV-00938 |
| **Plaintiffs,** | **MAGISTRATE JUDGE THOMAS M. PARKER** |
| vs. | |
| **LAKE HOSPITAL SYSTEM, INC., et al.,** | **DEFENDANT PHILLIP BROOKS' MOTION FOR SANCTIONS** |
| **Defendant.** | |

Now comes Defendant Phillip Brooks, by and through undersigned counsel, and respectfully joins in Lake Health's Motion for Sanctions, Doc ## 55 and 61. For those reasons stated therein, Mr. Brooks requests an order dismissing Plaintiff's Second Amended Complaint with prejudice and awarding attorney's fees and costs. Mr. Brooks further requests and reserves the right to participate in the September 13, 2019 evidentiary hearing on the pending Motion for Sanctions.

Respectfully submitted,

DICAUDO, PITCHFORD & YODER, LLC

*/s/J. Reid Yoder*
J. Reid Yoder (0076587)
Benjamin R. Sorber (0092739)
209 S. Main St., Third Floor
Akron, OH 44313
Telephone: 330.762.7477
Facsimile: 330.762.8059
Email: ryoder@dpylaw.com
bsorber@dpylaw.com

*Attorneys for Defendant Phillip Brooks*

**CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing was served via the Court's electronic filing system upon all parties of record.

                                                */s/J. Reid Yoder*
                                                J. Reid Yoder (0076587)
                                                Benjamin R. Sorber (0092739)